**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**KAYLIN WILLIAMS,**

        **Plaintiff,**

       **v.**                               **No. 9:14-CV-437 (TJM/CFH)**

**PAUL W. CHAPPIUS, Superintendent,**
**Elmira Correctional Facility, et al.,**

        **Defendants.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

**I.  INTRODUCTION**

This *pro se* action brought pursuant to 42 U.S.C. § 1983, was referred to the Hon. Christian F. Hummel, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to Magistrate Judge Hummel's Report-Recommendation and Order [dkt. # 29] have been filed, and the time to do so has expired.

**II.  DISCUSSION**

After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

**III.  CONCLUSION**

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order [dkt. # 29]

for the reasons stated therein. Defendants' motion for summary judgment [dkt. # 27] on Plaintiff's amended complaint [dkt. # 10] is **GRANTED** and Plaintiff's amended complaint is **DISMISSED without prejudice** for Plaintiff's failure to exhaust his administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**IT IS SO ORDERED.**

Dated: December 21, 2015

_____
Thomas J. McAvoy
Senior, U.S. District Judge